IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KEM MATEO, a/k/a
KIM MATEO,**

    Plaintiff,

vs.                                                       5:06-CV-115-SPM

**M. VOSBRINK,** *et al.***,**

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 5) filed June 7, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  To date, no objections have been received.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 5) is adopted and incorporated by reference in this order.

2. The motion to proceed *in forma pauperis* (doc. 2) is hereby denied.

3. This case is *dismissed* without prejudice to Plaintiff's right to refile his suit and pay the entire $350 filing fee upon filing.

**DONE AND ORDERED** this eighteenth day of July, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge